| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| JOHNNY BARRETT, | § | |
| Plaintiff, | § § § | |
| versus | § § | CIVIL ACTION NO. 9:22-cv-115 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| Defendant. | § § | |

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court.  The court has received and considered the Report of the United States Magistrate Judge pursuant to such order (Doc. No. 17), along with the record and pleadings.  No objections to the Report of the United States Magistrate Judge were filed by the parties and the deadline for doing so has passed.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and that the Plaintiff's case should be dismissed without prejudice.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.  A Final Judgment will be entered separately in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 25th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE